HENRY W. WEDGE, Respondent, *v.* JAMES W. McMAHON et al., as Executors, etc., Appellants.

(Submitted January 31, 1894; decided February 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 23, 1890, which affirmed an order of Special

Term denying a motion for a new trial and directed judgment in favor of plaintiff upon a verdict.

*William H. Henderson* for appellants.

*Nash, Rich & Willson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____